JOEL D. SIEGEL (State Bar No. 155581)
joel.siegel@snrdenton.com
KAREN C. MARCHIANO (State Bar No. 233493)
karen.marchiano@snrdenton.com
SNR DENTON US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

Attorneys for Plaintiffs
The Prudential Insurance Company of America
and Prudential Real Estate Affiliates, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey corporation; and PRUDENTIAL REAL ESTATE AFFILIATES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>INFINITY FUNDING CORPORATION, a California Corporation; VIJAY PATEL, an individual; and Does 1-20, inclusive,<br><br>Defendants. | No.: SACV11-00566 JVS (RNBx)<br><br>PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION<br><br>Date: June 6, 2011<br>Time: 1:30 pm<br>Ctrm: 10C<br>Before: Honorable James V. Selna<br><br>Complaint Filed: April 12, 2011 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 6, 2011, at 1:30 p.m., or as soon thereafter as counsel may be heard, in Courtroom 10C of the above-entitled court located at 411 West Fourth Street, Santa Ana, CA 92701, before the Honorable James V. Selna, plaintiffs The Prudential Insurance Company of America and Prudential Real Estate Affiliates, Inc. (collectively "Prudential") will and hereby do move the Court for an order issuing a preliminary injunction enjoining and restraining Defendants, their agents, servants, employees, and all others acting on their behalf from directly or indirectly using the name and mark "Prudential;" any name or mark that includes the word "Prudential;" or any other mark, word, or name similar to any of the following federally registered marks of Prudential ("THE PRUDENTIAL/ROCK MARKS"):

| Mark Name | Regis'n. No. | Regis'n. Date |
|---|---|---|
| The Prudential Real Estate Affiliates, Inc. | 1,555,000 | 09/05/89 |
| The Prudential & Rock Logo | 1,580,456 | 01/30/90 |
| Rock Logo | 1,616,000 | 10/02/90 |
| Prudential Real Estate Investors | 1,678,791 | 03/10/92 |
| Prudential Referral Services | 1,729,784 | 11/03/92 |
| Prudential Referral Services, Inc., International Network | 1,836,987 | 05/17/94 |
| The Prudential Commercial Services Network | 1,970,168 | 04/23/96 |
| Prudential & Rock Logo | 2,110,034 | 10/28/97 |
| Rock Logo and Prudential | 2,120,631 | 12/09/97 |
| Prudential California Realty | 2,214,283 | 12/29/98 |
| Prudential Plaza | 2,440,671 | 04/03/01 |
| Prudential Real Estate and Relocation Services | 2,488,544 | 09/11/01 |
| Prudential Financial and Rock Logo | 2,488,926 | 09/11/01 |
| Prudential.com | 2,549,502 | 03/19/02 |
| Prudential Financial | 2,646,316 | 11/05/02 |
| Prudential Asset Resources | 2,599,530 | 07/23/02 |
| Prudential | 3,229,716 | 04/17/07 |

In addition, Prudential will and hereby does move the Court for an order providing that Defendants and their agents, employees, and others acting on their behalf shall, among other things:

(i)  not hold themselves or their business out to the public or others as being sponsored by, approved by, affiliated with, authorized by, or connected with Prudential;

(ii)  assign any domain names using THE PRUDENTIAL/ROCK MARKS to Prudential, not use or conduct their business under any domain name that includes the word "Prudential," and cancel all advertisements or other references to Defendants' business, in which such domain names or similar designations have appeared or are scheduled to appear;

(iii) cancel all registrations, licenses, fictitious business name statements, trademark registrations, and filings with the State of California or other entities, which includes the "Prudential" name, THE PRUDENTIAL/ROCK MARKS, or similar designations;

(iv) cease using any signage, including but not limited to storefront signage, car signage, and billboards, bearing the name "Prudential" or THE PRUDENTIAL/ROCK MARKS;

(v)  deliver to Prudential's counsel all existing printed material in Defendants' possession, custody or control that refer to use of the name, mark, or internet address "Prudential" or THE PRUDENTIAL/ROCK MARKS ; and

(vi) remove from the website http://juansanchez4homes.com any mark, word, or name similar to any of the PRUDENTIAL/ROCK MARKS.

This motion is made on the grounds that: (1) Prudential is likely to succeed on the merits of its trademark infringement and unfair competition claims; (2) Prudential is likely to suffer irreparable harm in the absence of preliminary relief; (3) the balance of equities tips in Prudential's favor; and (4) an injunction is in the public interest.

This motion is based on this notice of motion and motion; the concurrently filed memorandum of points and authorities; the concurrently filed declarations of

Mark Wilson and Patricia Mansur-Brown; the pleadings and papers on file with the Court; and such other argument and evidence as the Court may entertain.

Respectfully submitted,

Dated: April 27, 2011

SNR DENTON US LLP

By  /s/ Joel D. Siegel
      JOEL D. SIEGEL

Attorneys for Plaintiffs The Prudential Insurance Company of America and Prudential Real Estate Affiliates, Inc.