JOEL D. SIEGEL (State Bar No. 155581)
joel.siegel@snrdenton.com
KAREN C. MARCHIANO (State Bar No. 233493)
karen.marchiano@snrdenton.com
SNR DENTON US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

Attorneys for Plaintiffs
The Prudential Insurance Company of America
and Prudential Real Estate Affiliates, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey corporation; and PRUDENTIAL REAL ESTATE AFFILIATES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>INFINITY FUNDING CORPORATION, a California Corporation; VIJAY PATEL, an individual; and Does 1-20, inclusive,<br><br>Defendants. | No.: SACV11-00566 JVS (RNBx)<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION<br><br>Date: June 6, 2011<br>Time: 1:30 pm<br>Ctrm: 10C<br>Before: Honorable James V. Selna<br><br>Complaint Filed: April 12, 2011 |

Plaintiffs The Prudential Insurance Company of America and Prudential Real Estate Affiliates, Inc.'s (collectively "Prudential") Motion For A Preliminary Injunction came on regularly for hearing on June 6, 2011 at 1:30 p.m. in Department 10C of this Court. Joel D. Siegel appeared on behalf of Prudential. After considering the papers and evidence submitted in support of, and in

1  opposition to, Prudential's Motion For A Preliminary Injunction, and oral
2  argument,

3      The Court HEREBY GRANTS Prudential's Motion For A Preliminary
4  Injunction. Prudential is likely to succeed on the merits of its trademark
5  infringement and unfair competition claims. Prudential is likely to suffer
6  irreparable harm in the absence of preliminary relief. The balance of equities tips
7  in Prudential's favor, and an injunction is in the public interest.

8      Defendants, their agents, servants, employees, and all others acting on their
9  behalf are enjoined from directly or indirectly using the name and mark
10 "Prudential;" any name or mark that includes the word "Prudential;" or any other
11 mark, word, or name similar to any of the following federally registered marks of
12 Prudential ("THE PRUDENTIAL/ROCK MARKS"):

| Mark Name | Regis'n. No. | Regis'n. Date |
|---|---|---|
| The Prudential Real Estate Affiliates, Inc. | 1,555,000 | 09/05/89 |
| The Prudential & Rock Logo | 1,580,456 | 01/30/90 |
| Rock Logo | 1,616,000 | 10/02/90 |
| Prudential Real Estate Investors | 1,678,791 | 03/10/92 |
| Prudential Referral Services | 1,729,784 | 11/03/92 |
| Prudential Referral Services, Inc., International Network | 1,836,987 | 05/17/94 |
| The Prudential Commercial Services Network | 1,970,168 | 04/23/96 |
| Prudential & Rock Logo | 2,110,034 | 10/28/97 |
| Rock Logo and Prudential | 2,120,631 | 12/09/97 |
| Prudential California Realty | 2,214,283 | 12/29/98 |
| Prudential Plaza | 2,440,671 | 04/03/01 |
| Prudential Real Estate and Relocation Services | 2,488,544 | 09/11/01 |
| Prudential Financial and Rock Logo | 2,488,926 | 09/11/01 |
| Prudential.com | 2,549,502 | 03/19/02 |
| Prudential Financial | 2,646,316 | 11/05/02 |
| Prudential Asset Resources | 2,599,530 | 07/23/02 |
| Prudential | 3,229,716 | 04/17/07 |

25     In addition, Defendants and their agents, employees, and others acting on their
26 behalf shall:

1  (i) not hold themselves or their business out to the public or others as being sponsored by, approved by, affiliated with, authorized by, or connected with Prudential;

(ii) assign any domain names using THE PRUDENTIAL/ROCK MARKS to Prudential, not use or conduct their business under any domain name that includes the word "Prudential," and cancel all advertisements or other references to Defendants' business, in which such domain names or similar designations have appeared or are scheduled to appear;

(iii) cancel all registrations, licenses, fictitious business name statements, trademark registrations, and filings with the State of California or other entities, which includes the "Prudential" name, THE PRUDENTIAL/ROCK MARKS, or similar designations;

(iv) cease using any signage, including but not limited to storefront signage, billboards, and car signage, bearing the name "Prudential" or THE PRUDENTIAL/ROCK MARKS;

(v) deliver to Prudential's counsel all existing printed material in Defendants' possession, custody or control that use the name, mark, or internet address "Prudential" or THE PRUDENTIAL/ROCK MARKS; and

(vi) remove from the website http://juansanchez4homes.com any mark, word, or name similar to any of the PRUDENTIAL/ROCK MARKS.

IT IS SO ORDERED.

Dated: June 09, 2011_____

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT COURT JUDGE

SNR DENTON US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300